___FILED  ___ENTERED
___LOGGED  ___RECEIVED

AO 91 (Rev. 11/11)  Criminal Complaint

AUG 2 8 2017
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Dawn J. Bennett | ) | Case No. 17-2292-CBD |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 2014 to July 2017__ in the county of __Montgomery__ in the _____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 1343; § 1344; § 1014 | Wire Fraud; Bank Fraud; False Statements in Relation to Loan and Credit Application. |

This criminal complaint is based on these facts:

See Affidavit

☐ Continued on the attached sheet.

_____
*Complainant's signature*

SA Keith A. Custer/FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Aug 24, 2017

_____
*Judge's signature*

City and state: Greenbelt, Maryland

Charles B. Day, United States Magistrate Judge
*Printed name and title*