IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | | |
| | * | Case No. 8:17-cr-00472-PX |
| DAWN BENNETT, | | |
| | * | |
| Defendant. | | |
| * * * * * * | | |

## **ORDER**

This matter is before the Court on the Defendant's Motion to Modify Release Conditions (ECF No. 70). For the reasons set forth below, the Motion is **GRANTED**.

Ms. Bennett may arrange with Pretrial Services one opportunity to travel from her father's residence in Great Falls, Virginia directly to her residence in Chevy Chase, Maryland with no other stops whatsoever. The sole purpose will be for Ms. Bennett "to retrieve personal belongings, including medication, vitamins, clothing and mail" from the Chevy Chase residence. She must then return directly back to her father's residence with no other stops whatsoever. Pretrial Services shall exercise its discretion in setting the date, time and duration of this visit. During this activity, Ms. Bennett must be accompanied at all times by either an investigator or an attorney from the Office of the Federal Public Defender.

October 26, 2017  /s/
Date  Timothy J. Sullivan
 United States Magistrate Judge