

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Southern Division*

---

| | | | |
|---|---|---|---|
| *Erin B. Pulice* | *Mailing Address:* | *Office Location:* | *DIRECT: 301-344-0217* |
| *Assistant United States Attorney* | *6500 Cherrywood Lane, Suite 200* | *6406 Ivy Lane, 8th Floor* | *MAIN: 301-344-4433* |
| *Erin.Pulice@usdoj.gov* | *Greenbelt, MD 20770-1249* | *Greenbelt, MD 20770-1249* | *FAX: 301-344-4516* |

August 21, 2018

The Honorable Paula Xinis
United States District Judge
United States Courthouse
6500 Cherrywood Lane
Greenbelt, MD 20770

      Re:    United States v. Dawn Bennett,
                 Crim. No. PX-17-472

Dear Judge Xinis:

      Attached please find correspondence the Government received regarding a foreclosure sale scheduled to take place September 12, 2018, for Dawn Bennett's penthouse condominiums located at (1) 5610 Wisconsin Avenue, Unit PH-5C, Chevy Chase, Maryland, and (2) 5610 Wisconsin Avenue, Unit PH-5E, Chevy Chase, Maryland. *See* Exhibits 1 and 2, attached. On September 25, 2017, the Defendant agreed to forfeit these properties if the Defendant failed to comply with any of her pretrial conditions of release. (ECF Nos. 34-35.) As the Court found, the Defendant failed to comply with the conditions of her release. After internal consultation with our Financial Litigation Unit, the Government does not intend to seek forfeiture of either property because of the lack of equity in these properties. Nevertheless, we wish to advise the Court of the pending foreclosure sales so that the Court may vindicate its interest in the properties if it so chooses.

                                                       Very truly yours,

                                                       Robert K. Hur
                                                       United States Attorney

                                                       __/s/_____
                                                       Erin B. Pulice
                                                       Assistant United States Attorney

cc:    Elizabeth Oyer, Esq.
       Deborah Boardman, Esq.