

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Southern Division*

---

| | | | |
|---|---|---|---|
| *Erin B. Pulice* | *Mailing Address:* | *Office Location:* | DIRECT: 301-344-0217 |
| *Assistant United States Attorney* | *6500 Cherrywood Lane, Suite 200* | *6406 Ivy Lane, 8th Floor* | MAIN: 301-344-4433 |
| *Erin.Pulice@usdoj.gov* | *Greenbelt, MD 20770-1249* | *Greenbelt, MD 20770-1249* | FAX: 301-344-4516 |

September 28, 2018

The Honorable Paula Xinis
U.S. District Judge
District of Maryland
6500 Cherrywood Lane
Greenbelt, Maryland 20770

      Re:    Attorney Witnesses; ECF Nos. 357 and 358
              *United States v. Dawn J. Bennett*
              <u>Criminal No. PX-17-472</u>

Dear Judge Xinis:

      Absent a stipulation from the defendant, the government intends to introduce testimony from representatives from the following law firms regarding non-privileged information, including the identity of the client, the general subject matter of the representation, the amount of the fees, and the identity of the party who paid the fees:

- Allen & Overy
- Caplin & Drysdale
- Coffey Burlington
- Greenberg Traurig, LLP
- James S. Williford, Jr. P.C.
- Jones Day
- Kaufmann Gildin Robbins LLP
- Morvillo LLP
- Shearman & Sterling
- Williams & Connolly LLP
- WilmerHale

As part of this testimony, the Government may introduce any of exhibits with the prefix "LAW," that were previously provided to the Court and defense counsel.  These exhibits include redacted retainer agreements and billing records.

                                            Very truly yours,

                                            Robert K. Hur
                                            United States Attorney

By:       /s/      
        Erin B. Pulice
        Thomas P. Windom
        Gregory D. Bernstein
        Assistant United States Attorneys