UNITED STATES OF AMERICA

vs.

DAWN J. BENNETT

Criminal No. PX 17-472

Government's Motions Hearing Exhibits

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2018 OCT 11  PM 4:32

CLERK'S OFFICE
AT GREENBELT

BY _BU_ DEPUTY

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| VZ 1 | 10/11/2018 | 10//11/2018 | 2014 Financial Information Chart |
| VZ 2 | | | |
| VZ 3 | 10/11/2018 | 10/11/2018 | January 2015 Business Plan |
| VZ 4 | 10/11/2018 | 10/11/2018 | January 2017 Business Plan |
| VZ 5 | 10/11/2018 | 10/11/2018 | Profit or Loss Statement |
| VZ 6 | 10/11/2018 | 10/11/2018 | |
| VZ 7 | 10/11/2018 | 10/11/2018 | 2014 Income Tax Return |
| VZ 8 | 10/11/2018 | 10/11/2018 | Expert Report |
| VZ 9 | 10/11/2018 | 10/11/2018 | Guideline Transactions Comparables |

Exhibit List (Rev. 3/1999)