CASE NUMBER: PX 17-cr-472
CASE NAME: USA v. Dawn J. Bennett

Judge Xinis,

The jury has decided to resume deliberations at 9:30am tomorrow, Oct. 17th, 2018. We understand our responsibility to not discuss the case w/anyone or do any independent research of any kind.

JUROR NUMBER: 5
DATE: 10/16/18
TIME: 4:47pm

For Court Use Only:
Rec'd by: BEU
DATE: 10/16/18
TIME: 4:53
Court Exhibit #: 1

Jury Note (Rev. 2/2009)

CSO Allen
1648 hrs.

CASE NUMBER: PX 17-cr-472
CASE NAME: USA v. Dawn J. Bennett

Judge Xinis,

We are trying to locate two wire transfer confirmation documents sent from Michael Fox (Victim I) and we are having trouble finding them.

1) 4/1/16 100K sent to Revere 2678 bank account in MD (TN: P2016040100038357)

2) 4/4/16 100K sent to Revere 2678 bank account in MD (TN: P2016040100038357)

We are trying to confirm that these wires were sent from a bank located outside of the state of MD. Are we able to receive guidance on a specific exhibit # for the wire transfer confirmation?

JUROR NUMBER: 5
DATE: 10/17/18
TIME: 9:55 am

For Court Use Only:
Rec'd by: BEU
DATE: 10/17/18   TIME: 10:00
Court Exhibit #: 2

Jury Note (Rev. 2/2009)



CASE NUMBER: PX 17-cr-472
CASE NAME: USA v. Dawn J. Bennett

Judge Xinis,

Please disregard our previous request for the wire exhibit - we have located it.

Thanks

JUROR NUMBER: 5
DATE: 10/17/18
TIME: 10:20am

For Court Use Only:
Rec'd by: BEU
DATE: 10/17/18
TIME: 10:23
Court Exhibit #: 3

Jury Note (Rev. 2/2009)

Oso. UHLGZ, J.D.
(1) 10/17/18
(2) 1020 Hrs.

CASE NUMBER: PX 17-cr-472
CASE NAME: USA v. Dawn J. Bennett

Judge Xinis,

The jury has reached our final verdict.

JUROR NUMBER: 5

DATE: 10/17/18
TIME: 10:55am

For Court Use Only:
Rec'd by: BEY   DATE: 10/17/18   TIME: 10:58am
Court Exhibit #: 4

Jury Note (Rev. 2/2009)

So. UHLER, J.D.
10/17/18
@ 1057 Hrs.