IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. PX-17-472 |
| | * | |
| DAWN J. BENNETT, | * | |
| | * | |
| Defendant. | * | |

*******

## VERDICT FORM

### COUNT ONE
(Conspiracy to Commit Securities Fraud)

How do you find the defendant, Dawn J. Bennett, as to Count One of the Superseding Indictment (Conspiracy to Commit Securities Fraud), guilty or not guilty?

Guilty ___✓___        Not Guilty_____

### COUNTS TWO THROUGH FIVE
(Securities Fraud)

How do you find the defendant, Dawn J. Bennett, as to Counts Two through Five of the Superseding Indictment (Securities Fraud), guilty or not guilty?

Count Two:    Guilty ___✓___        Not Guilty_____

Count Three:  Guilty ___✓___        Not Guilty_____

Count Four:   Guilty ___✓___        Not Guilty_____

Count Five:   Guilty ___✓___        Not Guilty_____

## COUNT SIX
### (Wire Fraud Conspiracy)

How do you find the defendant, Dawn J. Bennett, as to Count Six of the Superseding Indictment (Wire Fraud Conspiracy), guilty or not guilty?

Guilty ___✓___        Not Guilty_____

## COUNTS SEVEN THROUGH FIFTEEN
### (Wire Fraud)

How do you find the defendant, Dawn J. Bennett, as to Counts Seven through Fifteen of the Superseding Indictment (Wire Fraud), guilty or not guilty?

| Count | Verdict | |
|---|---|---|
| Count Seven: | Guilty ___✓___ | Not Guilty_____ |
| Count Eight: | Guilty ___✓___ | Not Guilty_____ |
| Count Nine: | Guilty ___✓___ | Not Guilty_____ |
| Count Ten: | Guilty ___✓___ | Not Guilty_____ |
| Count Eleven: | Guilty ___✓___ | Not Guilty_____ |
| Count Twelve: | Guilty ___✓___ | Not Guilty_____ |
| Count Thirteen: | Guilty ___✓___ | Not Guilty_____ |
| Count Fourteen: | Guilty ___✓___ | Not Guilty_____ |
| Count Fifteen: | Guilty ___✓___ | Not Guilty_____ |

## COUNT SIXTEEN
### (Bank Fraud)

How do you find the defendant, Dawn J. Bennett, as to Count Sixteen of the Superseding Indictment (Bank Fraud), guilty or not guilty?

Guilty  ✓             Not Guilty _____

## COUNT SEVENTEEN
### (False Statements on a Loan Application)

How do you find the defendant, Dawn J. Bennett, as to Count Seventeen of the Superseding Indictment (False Statements on a Loan Application), guilty or not guilty?

Guilty  ✓             Not Guilty _____

**THE FOREGOING CONSTITUTES THE UNANIMOUS VERDICT OF THE JURY.**

10/17/2018
DATE

SIGNATURE REDACTED
FOREPERSON