IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | CRIIMINAL NO. PX-17-472 |
| | * | |
| **DAWN J. BENNETT,** | * | |
| | * | |
| **Defendant** | * | |

*******

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, the Superseding Indictment alleges the forfeiture of property, that is, judgment against Defendant Dawn J. Bennett (hereafter, the "Defendant") in favor of the United States of America (hereafter, the "Government") for a sum of money equal to the value of the property constituting, or derived from, any proceeds the Defendant obtained, directly or indirectly, as a result of the offenses of: securities fraud, in violation of 18 U.S.C. § 371; securities fraud, in violation of 15 U.S.C. §§ 78j(b) and 78ff; conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349; wire fraud, in violation of 18 U.S.C. § 1343; bank fraud, in violation of 18 U.S.C. § 1344; and false statements on a loan application, in violation of 18 U.S.C. § 1014; which property is subject to forfeiture, pursuant to Title 21, United States Code, Sections 853 and 970, as a result of said violation;

WHEREAS, the Government now seeks a money judgment against the Defendant in the amount of $14,306,842;

WHEREAS, a jury found the Defendant guilty on October 17, 2018 of the above-listed offenses;

WHEREAS, pursuant to FED. R. CRIM. P. 32.2(b)(2), this Court determines, based upon the evidence set forth during trial and proffered by the Government, that a money judgment be

entered for an amount to be determined at sentencing which is equal to the value of the property constituting or derived from proceeds the Defendant obtained, directly or indirectly, as a result of the offense for which she was found guilty, insofar as this property is subject to forfeiture pursuant to Title 21, United States Code, Sections 853 and 970, and that the Government has established the connection between this property and the violations of 18 U.S.C. §§ 371, 1014, 1343, 1344, 1349, and 15 U.S.C. §§ 78j(b) and 78ff.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That the following property is declared forfeited to the United States, pursuant to Title 21, United States Code, Sections 853 and 970: a sum of money equal to the total value of any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the offense for which the Defendant was found guilty, which the Government has established to be $14,306,842.

2. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to FED. R. CRIM. P. 32.2(e).

3. The Court can amend this Order, pursuant to FED. R. CRIM. P. 32.2(e)(1), at sentencing to amend the amount of the money judgment or to include forfeited property which shall be applied to the money judgment.

4. That pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made part of the sentence and included in the judgment.

FURTHERMORE, WHEREAS, upon the entry of this preliminary order of forfeiture, FED. R. CRIM. P. 32.2(b)(3) authorizes the Government to conduct any discovery a court considers proper in identifying, locating, and disposing of property subject to forfeiture;

WHEREAS, this Court, having reviewed and considered the Government's motion to

conduct discovery, finds that it may be proper for the Government to conduct such discovery;

NOW THEREFORE, IT IS FURTHER ORDERED, ADJUDGED AND DECREED:

5. The United States, pursuant to FED. R. CRIM. P. 32.2(b)(3), is authorized to conduct discovery to identify, locate, and dispose of property subject to forfeiture, including substitute property.

Date: 12·12·2018

_____
Paula Xinis
United States District Judge