UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DAWN J. BENNETT, ET AL., )<br>)<br>Defendants. ) | Criminal No. 17-CR-00472-PX-1 |

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL AND TRANSFER TO MAGISTRATE JUDGE FOR HEARING AND RECOMMENDATION

It is hereby requested that the appearance of Dennis E. Boyle, Esquire, Blerina Jasari, Esquire, and Adrian F. Snead, Esquire, be withdrawn as counsel for Defendant Dawn J. Bennett in this matter and that this Motion be transferred to a Magistrate Judge for recommendation. In support of this Motion, Mr. Boyle, Ms. Jasari, and Mr. Snead aver as follows:

1. Mr. Boyle, Ms. Jasari and Mr. Snead have a conflict of interest and cannot continue representation of Defendant without violating the rules of professional conduct.

2. A conflict of interest exists where a defendant's interests diverge from his or her attorney's with respect to a "material factual or legal issue or to a course of action." *Stephens v. Branker*, 570 F.3d 198, 209 (4th Cir. 2009).

3. Specific reasons for the conflict of interest cannot be stated in this Motion without disclosing sensitive information in relation to the representation of Defendant in this matter.

**WHEREFORE**, based upon the foregoing, Mr. Boyle, Ms. Jasari, and Mr. Snead respectfully request this Court to transfer their Motion for Leave to Withdraw as Counsel to a Magistrate Judge for hearing and recommendation.

Respectfully submitted,

/s/ Dennis E. Boyle

Dennis E. Boyle (MD Bar No. 07216)
Blerina Jasari (NY Bar No. 5433867)
Adrian F. Snead (NY Bar No. 5068069)
Whiteford, Taylor & Preston LLP
1800 M St., NW, Suite 450N
Washington, DC 20036
dboyle@wtplaw.com
bjasari@wtplaw.com
asnead@wtplaw.com
Telephone: (202) 659-6800
Facsimile: (202) 331-0573

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of January 2019, I electronically filed the foregoing with the Court using the CM/ECF system, which sent notification of such filing to the following persons at the following email addresses:

Thomas Windom, Assistant U.S. Attorney
Erin Pulice, Assistant U.S. Attorney
Gregory Bernstein, Assistant U.S. Attorney
Office of the United States Attorney
6406 Ivy Lane, Suite 800
Greenbelt, MD 20770
*thomas.windom@usdoj.gov*
*erin.pulice@usdoj.gov*
*gregory.bernstein@usdoj.gov*

/s/ Dennis E. Boyle
Dennis E. Boyle