

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

CHAMBERS OF

Paula Xinis  
UNITED STATES DISTRICT JUDGE

6500 Cherrywood Lane  
Greenbelt, MD 20770  
(301) 344-0653

May 13, 2019

Re: 17-0472, *United States v. Dawn Bennett*

## LETTER ORDER

Dear Parties:

Pending before the Court is Defendant Dawn Bennett's Second Motion to Continue Sentencing. ECF No. 464. For the following reasons, the Court denies the motion. Bennett, through counsel, represents that counsel is unable to prepare adequately for sentencing currently scheduled for June 5, 2019, despite counsel having expressly affirmed to this Court as well as to United States Magistrate Judge, Timothy Sullivan, that counsel will be prepared for sentencing as scheduled. In fact, this Court specifically recalls questioning current counsel to ensure that June 5, 2019 would indeed provide counsel sufficient time to prepare. In short, counsel accepted its role as retained counsel full knowing the new sentencing date. Counsel are experienced federal practitioners who accepted this representation with eyes wide open. Counsel has failed to persuade this Court that good cause exists to continue sentencing in this case. The motion at ECF No. 464 is DENIED.

Although informal, this is an Order of the Court and shall be docketed as such.

Sincerely,

/S/  
PAULA XINIS  
United States District Judge

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600  
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov