# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CASE NO. 8:17-cr-00472-PX |
| ) | |
| **DAWN J. BENNETT,** ) | Sentencing Date: July 31, 2019 |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |

## DEFENDANT DAWN J. BENNETT'S NOTICE OF LETTER OF SUPPORT

Dawn J. Bennett, through undersigned counsel, respectfully submits the attached letter in support of Ms. Bennett from the Hon. Nancy Gertner (Ret.).

                                                                                           Respectfully submitted,

DATED: July 29, 2019                              /s/ *Jonathan S. Jeffress*
                                                                            Jonathan Jeffress
                                                                            William E. Zapf
                                                                            KaiserDillon PLLC
                                                                            1099 14th Street, NW
                                                                            8th Floor West
                                                                             Washington, DC 20005
                                                                             T: (202) 640-2850
                                                                             F: (202) 280-1034
                                                                             wzapf@kaiserdillon.com
                                                                             jjeffress@kaiserdillon.com

                                                                             *Counsel for Dawn J. Bennett*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date listed below I electronically filed the foregoing with the Court using the CM/ECF system, which sent notification of such filing to counsel of record.

Dated: July 29, 2019                                               /s/ Jonathan S. Jeffress
                                                                                           Jonathan S. Jeffress