UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CASE NO. 8:17-cr-00472-PX |
| | ) | |
| **DAWN J. BENNETT,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Dawn J. Bennett in the above-captioned case appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment and sentence entered in this action on August 9, 2019 (ECF No. 493), and all orders and judgments merged or subsumed therein, including without limitation the Court's order denying Defendant's Motion to Continue Trial (ECF No. 324) and the Court's order denying Ms. Bennett's Motion for Judgment of Acquittal or a New Trial (ECF No. 408).

                                                           Respectfully submitted,

DATED: August 16, 2019

/s/ *William E. Zapf*
Jonathan Jeffress
William E. Zapf
KaiserDillon PLLC
1099 14th Street, NW
8th Floor West
Washington, DC 20005
T: (202) 640-2850
F: (202) 280-1034
wzapf@kaiserdillon.com
jjeffress@kaiserdillon.com

*Counsel for Dawn J. Bennett*

## CERTIFICATE OF SERVICE

I hereby certify that on the date listed below I electronically filed the foregoing with the Court using the CM/ECF system, which sent notification of such filing to counsel of record.

Dated: August 16, 2019                              */s/ William E. Zapf*
                                                                  William E. Zapf