FILED:  August 20, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-4599
(8:17-cr-00472-PX-1)

_____

UNITED STATES OF AMERICA

            Plaintiff - Appellee

v.

DAWN J. BENNETT

            Defendant - Appellant

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Case Number | 8:17-cr-00472-PX-1 |
| Date notice of appeal filed in originating court: | 08/16/2019 |
| Appellant(s) | Dawn J. Bennett |
| Appellate Case Number | 19-4599 |
| Case Manager | Jennifer Rice 804-916-2702 |